# EXHIBIT "A"

Michael Savino
Wilton Manors, FL 33334-3706

November 13, 2017



**DYNAMIC RECOVERY SOLUTIONS**

Original Creditor: FIRST PREMIER BANK
Debt Description: PREMIER BANKCARD MC
Original Account Number: ************6114
Current Creditor: First Premier Bank
DRS Account No.: ▬▬▬▬▬▬▬▬
Current Balance: $732.40

Dear Michael Savino,

We have been asked to contact you by our client, First Premier Bank, regarding your past due account with them. The account has been placed with our office for collection.

 Our office will allow you to resolve your account for $402.82. Your payment is due on December 28, 2017 We are not obligated to renew this offer. Upon receipt and clearance of your payment, this account will be considered satisfied and closed. A satisfaction letter will be issued or:

 Our office will allow you to resolve your account for $439.44 in 3 payments of $146.48. Your first payment is due on December 28, 2017. To comply with this offer, payments should be no more than 30 days apart. We are not obligated to renew this offer. Upon receipt and clearance of these three payments, this account will be considered satisfied and closed. A satisfaction letter will be issued.

**Customer Service: 877-821-1659**

**http://drs.cssimpact.com/negotiator/**

**PO BOX 25759, GREENVILLE, SC 29616-0759**

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within 30 days after receipt of this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.


Scan this code with your smartphone to pay your bill online.

---

Please Detach And Return in The Enclosed Envelope With Your Payment.

PO BOX 25759
GREENVILLE, SC 29616-0759

| Payment Options: Online - visit us at http://drs.cssimpact.com/negotiator • Money Gram - use code 7143 PayPal - send payment to payment@gotodrs.com • Check or Money Order - payable to Dynamic Recovery Solutions |
|---|
| TO PAY BY CREDIT CARD, PLEASE COMPLETE THE SECTION BELOW □ VISA  □ MasterCard  □ Check  □ Money Order |
| CARD NUMBER | EXP. DATE |
| SIGNATURE | SECURITY CODE |
| ACCOUNT # 067208198 | CIRCLE PAYMENT OPTION  1  2 | AMOUNT |

Michael Savino
Wilton Manors, FL 33334-3706

DYNAMIC RECOVERY SOLUTIONS
PO BOX 25759
GREENVILLE, SC 29616-0759




2

837783   00000190
20B   Dynamic.wfd
Page 1 of 1